IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| CHRISTINA NOELLE COLLISON, | * | |
| Plaintiff, | * | |
| v. | | Case No. 3:25-cv-00122-TES |
| | * | |
| TOPPERS INTERNATIONAL INC dba TOPPERS INTERNATIONAL SHOWBAR, et al, | * | |
| | * | |
| Defendants. | | |

**JUDGMENT**

Pursuant to this Court's Order dated November 25, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff as to Defendants Toppers International Inc. dba Toppers International Showbar, James Hoyle Everhart and Darnell Gardner, jointly and severally, in the principal amount of $150,000.00.

This 25th day of November, 2026.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk